

## United States District Court
### EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America vs. Michelle Hollis | Case No. 1:09-cr-00465-AWI-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Michelle Hollis_, have discussed with _Jacob Scott_, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's electronic monitoring condition and the restriction of **HOME DETENTION:** You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 1/24/12          _____ 1/5/12
Signature of Defendant     Date             Pretrial Services Officer    Date
Michelle Hollis                              Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                   1/5/12
Signature of Assistant United States Attorney     Date
Michele Thielhorn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   1/6/12
Signature of Defense Counsel              Date
Marc Days

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _1-17-12_.
☐ The above modification of conditions of release is *not* ordered.

_____                   1-17-12
Signature of Judicial Officer             Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services